IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CINDY NGUYEN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE AND FIRE FEDERAL CREDIT, ET AL. | : | NO. 24-4121 |

## ORDER

**AND NOW**, this 9th day of December, 2024, upon consideration of Defendant's Motion to Dismiss (Docket No. 7), Plaintiff's "Motion to Leave to Amend Civil Action for a Jury Trial and to Response to Plaintiff Motion to Dismiss" (Docket No. 8), and all other documents filed in connection with the Motion, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Plaintiff's Motion (Docket No. 8) is **DENIED** insofar as it requests that the Motion to Dismiss be stricken.

2. Defendant's Motion (Docket No. 7) is **GRANTED WITHOUT PREJUDICE**.

3. Plaintiff's Motion (Docket No. 8) is **GRANTED** insofar as it requests leave to amend the Complaint. Plaintiff may file an amended complaint that cures the deficiencies in her original Complaint no later than January 9, 2025.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.